# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIAM PERRYMAN,

          Plaintiff,

   v.

JPMORGAN CHASE BANK, N.A., and
QUALITY LOAN SERVICE
CORPORATION,

          Defendant.

_____/

Case No.  1:16-cv-00643-LJO-SKO

**ORDER GRANTING DEFENDANT
JPMORGAN CHASE BANK, N.A.'S EX
PARTE REQUEST FOR INITIAL
EXTENSION OF TIME TO RESPOND TO
COMPLAINT**

     On May 13, 2016, after three unsuccessful attempts to secure a stipulation from Plaintiff William Perryman ("Plaintiff"), Defendant JPMorgan Chase Bank, N.A. ("Defendant") filed an Ex Parte Request for Initial Extension of Time to Respond to Complaint pursuant to Rule 144(c) of the Local Rules of the United States District Court, Eastern District of California.  (Docs. 4 and 4-1.)

     By minute order entered May 16, 2016, the Court ordered Plaintiff to submit any opposition, or statement of non-opposition, to Defendant's ex parte request by the end of the day on May 17, 2016.  (Doc. 5.)  Plaintiff submitted neither, and therefore the request is deemed unopposed.

//

//

Defendant's ex parte request to extend the time in which to respond to the complaint by thirty days to June 16, 2016, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **May 19, 2016**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE