UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. PERRYMAN,<br><br>**Plaintiff,**<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 50, inclusive,<br><br>**Defendants.** | 1:16-cv-00643 LJO SKO<br><br>**ORDER CLARIFYING AND AMENDING THE COURT'S AUGUST 22, 2016, ORDER** |

On August 23, 2016, this Court denied Plaintiff's motion to remand but granted in part Defendant's motion to dismiss Plaintiff's ECOA claim. As diversity jurisdiction was not established under 28 U.S.C. § 1332, and the claim supporting federal question jurisdiction under 28 U.S.C. § 1331 was dismissed, the Court declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and remanded the action to Kings County Superior Court. In doing so, the Court ordered the Clerk of Court to close this case. (Doc. 16, 16:3 ("The Clerk of Court is DIRECTED to close this case").)

The Court has become aware that the Kings County Superior Court Clerk's Office misunderstood this order and incorrectly assumed this Court was ordering the Kings County Superior Court Clerk to close its own case, number 16C-0088. The Kings County Superior Court's case number 16C-0088 is now closed following an erroneous entry of judgment. To be clear, this Court has no jurisdiction to order the Kings County Superior Court Clerk to close its own case (No. 16C-0088) upon remand; rather, this Court's order was directing its <u>own</u> Clerk of Court for the Eastern District of California to close case number 1:16-cv-00643-LJO-SKO. Although this Court has made *numerous*

informal contacts with the Kings County Superior Court Clerk's Office, this issue has not been resolved and the state court case remains closed.[1]

Therefore, the Court hereby CLARIFIES and AMENDS its August 22, 2016 (Doc. 16), order as follows:

1. The Plaintiff's Motion to Remand is DENIED;

2. Chase's Motion to Dismiss is GRANTED as to Plaintiff's ECOA claim which is dismissed with prejudice, and the Motion to Dismiss is otherwise DENIED without prejudice;

3. The Court declines supplemental jurisdiction over Plaintiff's state law claims;

4. This case is REMANDED to Kings County Superior Court FOR FURTHER PROCEEDINGS; and

5. The Clerk of Court FOR THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA is DIRECTED to serve this order on the Kings County Superior Court and on the Kings County Superior Court Clerk of Court Jeffrey E. Lewis.

IT IS SO ORDERED.

Dated:   **October 19, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

---

[1] *See* https://cakingsodyprod.tylerhost.net/CAKINGSPROD/Home/WorkspaceMode?p=0 (last accessed on October 19, 2016).